IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JARED THORNTON, et al.,**

    **Plaintiffs,**

v.                                              Case No. 4:22-cv-429-AW-MAF

**DAO RESTAURANT, LLC,**

    **Defendant.**

_____/

## **JUDGMENT**

Based on the parties' settlement, the case is dismissed.

                                                    JESSICA J. LYUBLANOVITS
                                                    CLERK OF COURT

<u>April 21, 2025</u>                                   s/A. Tinaya-Miller
Date                                                  Deputy Clerk: A. Tinaya-Miller